ingly permitted such use. Since defendant was the only party present on the premises and since the evidence was sufficient to show that the premises were being used for gambling, defendant cannot claim lack of knowledge. Defendant was proved guilty beyond a reasonable doubt.

For the reasons stated, the judgment of the circuit court of Cook County is affirmed.

Judgment affirmed.

DEMPSEY, P. J., and McGLOON, J., concur.

DARRELL JOHNSON, a Minor, by ALBERT JOHNSON, His Father and Next Friend, Plaintiff-Appellee, v. FELIX BIVER, Defendant-Appellant.

(No. 56983;

First District (1st Division)—May 29, 1973.

PER CURIAM.

EGAN, J., took no part.

Dalton P. Grief, of Chicago, (Ellis B. Rosenzweig, of counsel,) for appellant.

Warren J. Hickey, of Hickey, Gustafson & Peterson, of Chicago, (Joseph B. Lederleitner, of counsel,) for appellee.